STATE OF CONNECTICUT *v.* BARUCH S. LEWITT

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Edwin A. Lassman,* in support of the petition.

*Nicholas E. DeNigris,* assistant prosecuting attorney, in opposition.

Submitted May 13—decided May 25, 1966

EDWARD W. DOOLEY *v.* TOWN PLAN AND ZONING COMMISSION OF THE TOWN OF FAIRFIELD ET AL.

The motion by the defendant to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

*John J. Darcy,* with whom was *W. Bradley Morehouse,* for the appellee (named defendant).

*Howard A. Sackett,* for the appellant (plaintiff).

Argued June 7—decided June 7, 1966

SAMPSON TKACZYK ET AL. *v.* KENNETH GALLAGHER

The motion by the plaintiffs to set aside the judgment of the Superior Court in New Haven County is denied.

The motion by the defendant to dismiss the appeal from the Superior Court in New Haven County is granted pursuant to the provisions of Practice Book § 696.

*Evelyn Tkaczyk, Julia Cravens* and *Sampson Tkaczyk,* pro se, the appellants (plaintiffs).